UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

BRANDI N. BONNEAU

                         Plaintiff,

      -v-                                     6:08-CV-1303-DNH-GHL

2169 CENTRAL, LTD.

                         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## **O R D E R**

      Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on March 27, 2009, in Utica, New York, it is hereby

      ORDERED that

      (1) defendant's motion to dismiss is DENIED; and

      (2) defendant's motion for summary judgment is DENIED without prejudice; and

      (3) defendant shall file and serve an answer to the complaint on or before April 3, 2009.

      IT IS SO ORDERED.

_____
United States District Judge

Dated: March 27, 2009
       Utica, New York.